UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sanchez,<br><br>                    Plaintiff,<br>- *against* -<br><br>Lordae Realty Corporation, et al.,<br><br>                    Defendants. | 21 Civ. 5093 (PED)<br><br>ORDER APPROVING SETTLEMENT |

**PAUL E. DAVISON, U. S. M. J.:**

By joint letter dated June 23, 2022, the parties seek approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), of their settlement of plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 32.]

The written settlement agreement [Dkt. 32-1] is consistent with the terms worked out during a court-conducted settlement conference on May 10, 2022. The Court is satisfied that the settlement agreement is fair and reasonable.

Accordingly, the settlement agreement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE.**

Dated:   June 29, 2022
         White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.